# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOSEPH TERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO:** |
| v. ) | **CV-2021** |
| ) | **JURY DEMAND** |
| **AVIATION INSTITUTE OF** ) | |
| **MAINTENANCE, ATLANTA CAMPUS,** ) | |
| **owned by TECHNICAL EDUCATION** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

# COMPLAINT

**I.   JURISDICTION**

1.   The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§1331, 1343(4), 2201 and 2202 and the Act of Congress known as the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §2000e *et seq.*, and 42 U.S.C. §1981.  The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 42 §2000e *et seq.* and 42 U.S.C. §1981 providing for injunctive and other relief against race discrimination in employment.

2. Plaintiff filed his race discrimination suit within 180 days of the discriminatory treatment and ninety (90) days from the receipt of his right-to-sue letter from the EEOC.

3. Plaintiff's claims that fall under Section 1981 do not require the filing of an EEOC charge.

## II. PARTIES

4. Plaintiff, Joseph Terry, is an African-American citizen of the United States and a resident of Duluth, Georgia. Plaintiff was employed by Defendant at its campus located in Atlanta, Georgia.

5. Defendant Aviation Institute of Maintenance, Atlanta Campus, owned by Technical Education Services, Inc. is a Corporation doing business in Georgia, and is an entity subject to suit under 42 U.S.C. §2000e *et seq.* and 42 U.S.C. §1981. Defendant employs at least fifteen (15) persons.

6. Aviation Institute of Maintenance, Atlanta Campus (AIM) is owned by Technical Education Services, Inc. (TES), which has its principal office located in Virginia Beach, VA. Plaintiff was employed by AIM at the Atlanta Campus.

## III. CAUSES OF ACTION - RACE DISCRIMINATION

7. Plaintiff re-alleges and incorporates by reference paragraphs 1-6 with the same force and effect as if fully set out in specific detail hereinbelow.

8. Plaintiff has been discriminated against because of his race regarding layoff/termination and other adverse terms and conditions of employment.

9. Plaintiff began his employment with AIM as a Welding Instructor in October 2018, specifically on October 15, 2018.

10. The Caucasian Administrators at AIM, specifically, Brian Terry, HR; Chris Kraft, Coordinator; Edward Peck, DOE; and Ben Sidney treated Caucasian faculty members more favorably than African-American faculty members.

11. For example, Caucasian faculty went to lunch with the Caucasian Administrators; however, African American faculty were never invited.

12. When a student was disruptive or violent with Caucasian faculty, that student was suspended or expelled. When Plaintiff filed a report on a violent Caucasian student, the student was permitted to return to class.

13. In late December 2019/early 2020, a Caucasian instructor was hired to work nights.

14. Plaintiff was laid off/terminated from his employment on April 3, 2020 for allegedly not enough work due to COVID19 and that his position was being eliminated, which was not true.

15. The Caucasian instructor, who was working nights and hired only months before Plaintiff's layoff, was pulled to perform Plaintiff's day-time job

duties and responsibilities. The Caucasian had only been employed for approximately 4 months and was not laid off. Plaintiff had been employed for two years.

16. Defendant's proffered reasons for Plaintiff's discriminatory treatment were pretext for race discrimination.

17. Plaintiff seeks to redress the wrongs alleged herein and this suit for back-pay plus interest, an injunctive and declaratory judgment is his only means of securing adequate relief. Plaintiff is now suffering and will continue to suffer irreparable injury from Defendant's unlawful policies and practices as set forth herein unless enjoined by this Court.

## IV.  **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that this Court assume jurisdiction of this action and after trial:

1. Issue a declaratory judgment that the employment policies, practices, procedures, conditions, and customs of Defendant are violative of the rights of Plaintiff as secured by 42 U.S.C. §2000e *et seq.* and 42 U.S.C. §1981.

2. Grant Plaintiff a permanent injunction enjoining Defendant, its agents, successors, employees, attorneys, and those acting in concert with Defendant and at

Defendant's request from continuing to violate 42 U.S.C. §2000e *et seq.* and 42 U.S.C. §1981.

3. Enter an order requiring Defendant to make Plaintiff whole by awarding him reinstatement/the position and pay he would have had occupied in the absence of race discrimination, back-pay (plus interest), front-pay, punitive and compensatory damages and/or nominal damages, declaratory and injunctive relief, and benefits.

4. Plaintiff further prays for such other relief and benefits as the cause of justice may require, including but not limited to, an award of costs, attorney's fees, and expenses.

Respectfully submitted,

/s/ William Gregory Dobson, Esq.
William Gregory Dobson
Georgia Bar No. 237770
LOBER & DOBSON, LLC
1040 Fort Stephenson Road
Lookout Mountain, Georgia 30750
Telephone: (478) 745-7700
Telefacsimile: (478) 745-4888
wgd@lddlawyers.com

/s/ A. Danielle McBride, Esq.
A. Danielle McBride
Georgia Bar No. 800824
LOBER & DOBSON, LLC

830 Mulberry Street, Suite 201
Macon, Georgia 31201
Telephone: (478) 745-7700
Telefacsimile: (478) 745-4888
admcbride@lddlawyers.com

OF COUNSEL:

Gregory O. Wiggins (*pro hac vice* to be filed)
WIGGINS, CHILDS, PANTAZIS,
    FISHER & GOLDFARB, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (fax)

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL TRIABLE ISSUES.**

/s/ William Gregory Dobson, Esq.
OF COUNSEL

**DEFENDANT'S ADDRESS:**

Aviation Institute of Maintenance, Atlanta Campus
    Owned by Technical Education Services, Inc.
c/o Benjamin Sitton, Reg. Agent
2025 Satellite Pointe
Duluth, Georgia 30096