# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**JOSEPH TERRY,**

    **Plaintiff,**

v.

**AVIATION INSTITUTE OF MAINTENANCE, ATLANTA CAMPUS,**

    **Defendant.**

**CIVIL ACTION NO.
1:21-CV-960-MHC-CCB**

## ORDER

Plaintiff filed a complaint alleging that Defendant, his former employer, discriminated against him based on race. (Doc. 1). On May 3, 2021, Defendant filed a motion to compel arbitration and stay the proceedings. (Doc. 8). Three days later, the parties filed a joint stipulation in which they agree to proceed to arbitration and to stay the current proceedings. (Doc. 9).

In light of the parties' agreement to arbitrate, the motion to compel arbitration, (Doc. 8), is **DENIED AS MOOT** and the case is **STAYED** pending completion of the arbitration. Because the case is being stayed pending arbitration,

the Clerk is **DIRECTED** to administratively close this action. This closure is for administrative purposes only and is not a dismissal. The parties are **ORDERED** to file a status report with the Court and move to reopen the case within ten days of the final disposition of the arbitration proceedings or, alternatively, Plaintiff may file a notice of dismissal if the case resolves in arbitration.

If the arbitration has not concluded by August 6, 2021, the parties are **ORDERED** to file a status report on that date and every 90 days thereafter until the arbitration is concluded.

**IT IS SO ORDERED,** this 6th day of May, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE